IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| HOWARD D. JONES | ) | CASE NO. 04-15309 |
| | ) | |
| Debtor | ) | JUDGE JEFFERY HOPKINS |
| | ) | |
| | ) | **MOTION OF U.S. BANK N.A., AS** |
| | ) | **SUCCESSOR BY MERGER TO THE LEADER** |
| | ) | **MORTGAGE COMPANY, its successors** |
| | ) | **and assigns FOR RELIEF FROM** |
| | ) | **STAYAND CO-DEBTOR STAY** |
| | ) | |
| | ) | PROPERTY ADDRESS: |
| | ) | ** 8532 Sunlight Drive |
| | ) |    Cincinnati, Ohio 45231 |

U.S. BANK N.A., AS SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, its successors and assigns (the "Movant") moves this Court, under §§ 361, 362, 1301 and 363 and other sections of the Bankruptcy Reform Act of 1978, as amended (the "Bankruptcy Code") and under Rule 4001 and other rules of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order conditioning, modifying or dissolving the automatic stay imposed by § 362 and § 1301 of the Bankruptcy Code. In support of this Motion, the Movant states:

MEMORANDUM IN SUPPORT

1.   The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

2.   On   June   14,   1999   the   Debtor   listed   above
(collectively,   the   "Debtor")   and   the   Co-Debtor,   Donya   Jones,
obtained   a   loan   from   Movant   in   the   amount   of   $74,362.00.   Such
loan   was   evidenced   by   a   promissory   note   dated   June   14,   1999   (the
"Note"),   a   copy   of   which   is   attached   as   Exhibit A.

3.   To   secure   payment   of   the   Note   and   performance   of   the
other   terms   contained   in   it,   the   Debtor   and   Co-Debtor   executed   a
Mortgage   dated   June   14,   1999   (the   "Mortgage").   The   Mortgage
granted   a   lien   on   the   real   and/or   personal   property   (the
"Collateral")   owned   by   the   Debtor,   and   Co-Debtor,   located   at
8532    Sunlight   Drive,   Cincinnati,   Ohio   45231   and   more   fully
described   in   the   Mortgage.

4.   The   lien   created   by   the   Mortgage   was   duly   perfected   by
the   filing   of   the   Mortgage   in   the   office   of   the   Hamilton   County
Recorder   on   June   16,   1999.   A   copy   of   the   Mortgage   is   attached
as   Exhibit B.   The   lien   is   the   1st   lien   on   the   Collateral.

5.   The   Note   and   Mortgage   were   transferred   as
follows:

On 06/16/1999 to THE LEADER MORTGAGE COMPANY. The
transfer is evidenced by the document attached to
the Motion on Exhibit C.

6.   The   value   of   the   Collateral   is   $72,000.00.   This
valuation   is   based   on   Debtor's   Schedules.

7.   As   of   the   date   of   this   Motion,   there   is   currently   due
and   owing   on   the   Note   the   outstanding   balance   of   $71,011.17   plus

interest accruing thereon at the rate of 5.7% per annum from November 1, 2002.

8. Other parties known to have an interest in the Collateral are: The Co-Debtor, Donya Jones, has an undivided one-half interest in the property. There is a Judgement Lien in favor of Ohio Department of Taxation Revenue Recovery Section in the amount of $117.00. The Treasurer of Hamilton County has or claims to have an interest in the property.

9. The Movant is entitled to relief from the automatic stay under §§ 362(d)(1) and/or 362(d)(2) and 1301 for these reason(s):

> Debtor's plan states that the Debtor shall make post-petition payments directly to the Movant outside the Chapter 13 plan. Debtor has failed to make these periodic payments to Movant since the commencement of this bankruptcy case, which unpaid payments are in the aggregate amount of $1,849.08, through September 30, 2006.

> Movant is entitled to Relief from the Co-Debtor Stay imposed by § 1301 in that (1) as between the Debtor and Co-Debtor, the co-debtor received the consideration for the claim held by Movant; (2) the plan filed by the Debtor fails to provide Movant's claim in full; and/or (3) Movant's interest would be irreparably harmed by continuation of the stay.

10. Movant has completed the worksheet required pursuant to LBR 4001-1(a)(1). The worksheet is attached hereto as Exhibit D.

WHEREFORE, Movant prays for an Order from the Court granting Movant relief from the automatic stay of § 362 and § 1301 of the Bankruptcy Code to permit Movant to proceed under law and for such other and further relief to which the Movant may be entitled.

Respectfully submitted,


/s/ Michael S. Arnovitz
REIMER, LORBER & ARNOVITZ CO., L.P.A.
BY: Michael S. Arnovitz #0032934
BY: Edward A. Bailey #0068073
P.O. Box 968
Twinsburg, Ohio 44087
Phone No. 330-425-4201
Fax No. 330-425-2155
marnovitz@reimerlaw.com
ebailey@reimerlaw.com

## NOTICE OF MOTION FOR RELIEF FROM STAY

Please take NOTICE that the attached Motion for Relief from Stay will be filed with the Bankruptcy Court. The undersigned will present to the Court a proposed order granting the relief sought unless, within twenty (20) days after the service date set forth on the attached certificate of service, a written memorandum in opposition along with a request for a hearing is filed with the Court and served on the undersigned. Failure to file a response and accompanying memorandum on a timely basis may be cause for the Court to grant the Motion as filed without further notice.

Furthermore, notice is given that, if the attached request seeks relief from the stay or acts against property of the estate, such stay will terminate with respect to the requesting party unless, within thirty (30) days of the filing of the attached request, the Court orders the stay continued in effect pending, or as a result of, a final hearing pursuant to 11 U.S.C. Section 362(e).

/s/ Michael S. Arnovitz
REIMER, LORBER & ARNOVITZ CO., L.P.A.
BY: Michael S. Arnovitz #0032934
BY: Edward A. Bailey #0068073
P.O. Box 968
Twinsburg, Ohio 44087
Phone No. 330-425-4201
Fax No. 330-425-2155
marnovitz@reimerlaw.com
ebailey@reimerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, a copy of the foregoing Motion for Relief from Stay and Notice of Motion for Relief from Stay was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses registered with the Court:

1.  Office of the U.S. Trustee
    *Served Electronically*

2.  Margaret Burks, Trustee
    * Served Electronically *

I hereby certify that the following were served by mailing the same by ordinary U.S. mail, postage prepaid, to the persons listed below:

1.  Office of the U.S. Trustee
    36 E 7th St., Suite 2050
    Cincinnati, OH 45202

2.  Margaret A. Burks, Trustee
    36 East Fourth Street, Suite 900
    Cincinnati, Ohio 45202

3.  Daniel S Zegarski, Esq.
    700 Walnut Street, Suite 202
    Cincinnati, Ohio 45202

4.  Howard D.  Jones, Debtor
    8532 Sunlight Drive
    Cincinnati, Ohio 45231

5.  Hamilton County Treasurer
    138 East Court Street
    Room 402
    Cincinnati, Ohio 45202

6.  Ohio Department of Taxation
    Revenue Recovery Section
    101 E. Town Street
    Columbus, Ohio  43215

7.  Donya Jones
    8532 Sunlight Drive
    Cincinnati, Ohio  45231

/s/ Michael S. Arnovitz
REIMER, LORBER & ARNOVITZ CO., L.P.A.
BY: Michael S. Arnovitz #0032934
BY: Edward A. Bailey #0068073
P.O. Box 968
Twinsburg, Ohio 44087
Phone No. 330-425-4201
Fax No. 330-425-2155
marnovitz@reimerlaw.com
ebailey@reimerlaw.com