EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| HOWARD D. JONES | ) | CASE NO. 04-15309 |
| | ) | |
| Debtor | ) | JUDGE JEFFERY HOPKINS |
| | ) | |

RELIEF FROM STAY/ADEQUATE PROTECTION
EXHIBIT AND WORKSHEET — REAL ESTATE (LBR 4001-1(a)(1))

**Debt/Value Representations:**

Total indebtedness of debtor on date of filing of
this Motion for Relief from Stay
(not to be relied upon as a payoff quotation):     $71,128.17

Movant's estimated market value of property:      $72,000.00

Source of estimated valuation:                    Debtor's Schedules

**Statement of Arrearage:**

(1) As of petition filing date:                   $14,403.29

    Amounts paid after date of filing to
    Be applied to pre-petition defaults:        $     0.00

(2) Post-petition:                                $ 1,849.08

(3) Monthly Payment Amount:                       $   592.65

(4) Date of Last Payments                         08/01/06

(5) Amount of Last Payment                        $   604.98

# of post-petition payments due:                  3(through  09/30/2006)

# of post-petition payments received:             0

# of post-petition payments in default:           3

Total Amount of Post-petition payments
currently in default:                             $ 1,777.95

  + post-petition late charges                  $    71.13
  + other post-petition charges                 $     0.00

= Total Post-petition Arrearage:                  $1,849.08

**Other Loan Information:**

| | |
|---|---|
| Date of the Loan: | 06/14/1999 |
| Current Interest Rate: | 5.7% |

Money paid to and held by the Mortgagee
but not applied to the loan:                                                  $0.00

If held in the form of checks, balance of such checks:        $0.00

Identity of holder of the checks: N/A


**Required Attachments to Motion:**

   (a) In a Chapter 13 case, a post-petition payment history.

   (b) In all cases, copies of documents which indicate the Movant's interest in the subject property.


This Exhibit and Worksheet was prepared by:


/s/ Michael S. Arnovitz
REIMER, LORBER & ARNOVITZ CO., L.P.A.
BY: Michael S. Arnovitz #0032934
BY: Edward A. Bailey #0068073
P.O. Box 968
Twinsburg, Ohio 44087
Phone No. 330-425-4201
Fax No. 330-425-2155
marnovitz@reimerlaw.com
ebailey@reimerlaw.com